UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUBREY D. MACK,
    Plaintiff,

v.

SEVEBRAY, et al.,
    Defendants.

Case No. 17-cv-01527-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint that complies in all respects with the Court's order dismissing the complaint with leave to amend. (Dkt. No. 8.) The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 8, 2018

_____
RICHARD SEEBORG
United States District Judge